1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2711                    **JENNER&BLOCK** LLP

**Time to answer for all defendants extended to January 23, 2026 without prejudice to making a further application.**
**SO ORDERED.**
**Dated: 10/17/2025**

*P. Kevin Castel*
*United States District Judge*

October 13, 2025

Joanna Wright
Tel +1 212 891 1608
JWright@jenner.com

*Via ECF*

The Honorable John G. Koeltl
United States District Court for the Southern
District of New York

Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *ARMANDO RUSSO, et al. v. 3M Company, et al.*, No. 1:25-cv-08359-JGK: Request for Extension of Time to Respond to Summons and Complaint

Your Honor:

I represent Defendant 3M Company ("3M") in the above-captioned matter. The current deadline for 3M to answer or otherwise respond to the Complaint is October 16, 2025. 3M respectfully requests the following extension of time to respond to the Summons and Complaint:

> Defendants shall have through and including the 28th day after the Judicial Panel on Multidistrict Litigation (JPML) decides whether to transfer this action to the *In re Aqueous Film-Forming Foams Products Liability* multidistrict litigation, MDL No. 2873 ("AFFF MDL"), to answer or otherwise respond to the Complaint.

In support of this request, 3M states as follows:

1. Plaintiffs filed this action on July 22, 2025, in the Supreme Court of New York, New York County. 3M had not been served when it timely removed this action on October 9, 2025.

2. 3M will file the appropriate papers to transfer this action to the AFFF MDL, and the parties anticipate that this action will be transferred to the AFFF MDL. If the JPML enters a final order transferring this action to the AFFF MDL, then 3M will answer or otherwise respond to the Complaint in accordance with the rules and procedures of the AFFF MDL.

3. If, however, the JPML declines to transfer this action to the AFFF MDL, 3M respectfully asks the Court for an extension of time until 28 days after the JPML's decision for all Defendants to answer or otherwise respond to the Complaint.

4. Plaintiffs do not oppose this extension.

5. This is 3M's first request for an extension of time in this action.

Sincerely,

s/ Joanna Wright
Counsel for Defendant 3M Company

Cc: Counsel for Plaintiffs *(via ECF)*; Defendants *(via mail)*